

**Jackson Lewis P.C.**
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
|---|---|---|---|
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | | |

MY DIRECT DIAL IS: (212) 545-4021
MY EMAIL ADDRESS IS: ZOLDESSJ@JACKSONLEWIS.COM

September 12, 2014

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Cirino v. Sriyantraa, Inc., et al.**
**Case No.: 14-cv-6892 (PAE) (HBP)**

Dear Judge Engelmayer:

  We were recently retained by Defendants Sriyantraa, Inc. d/b/a Taco Bell, Hemang Champaneria, Srinidhhi Inc. d/b/a Taco Bell, Vipul Trivedi (improperly named as "John Doe 1 a/k/a 'Vick'") and Fatou Bakaba (collectively "Defendants") in connection with the above-referenced case. With Plaintiff's consent we submit this Letter Motion to request an extension of time from September 15, 2014 through and including October 15, 2014, for Defendants to answer, move or otherwise respond to Plaintiff's Complaint. This is the first request for an extension. The requested extension does not affect any other scheduled dates.

  Thank you for the Court's attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

Jason A. Zoldessy

cc: Richard M. Garbarini, Esq.