USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANNETTE CIRINO, as Parent and Guardian of
J.A., a minor, and all similarly situated employees,

        Plaintiff,

v.

SRIYANTRAA, INC. d/b/a Taco Bell, HEMANG
CHAMPANERIA, SRINIDHHI INC., JOHN
DOE 1 a/k/a "VICK", ASHISH PATLA a/k/a
"MS. KAY", FATOU BAKABA, ANGELA
PENA and DEPINDRA RAWAL,

        Defendants.
-------------------------------------------------------------------x

Case No.: 14-cv-6892 (PAE)

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action, upon the terms and conditions as follows:

1. The parties stipulate and agree that claims I through VII of the First Amended Complaint are hereby dismissed with prejudice. Specifically, those claims are:

    (i) failure to pay minimum wage under FLSA, 29 U.S.C. § 201 et seq., (ii) failure to pay over-time under the 29 U.S.C. § 207(a)(1), (iii) failure to pay over-time and minimum wages under New York State law pursuant to New York Labor Law Article 19, §§ 650 et seq., (iv) violations of the wage statement provisions of the NYLL, (v) unpaid wages under the NYLL, (vi) violations of the NYLL for unpaid uniform laundering allowance, and (vii) violations of the NYLL for failure to provide notice and information about employment laws.

2.     The parties further stipulate and agree that claims VIII - XIV, as well as any other claims codified under New York State common or statutory law which could have been brought in this action are dismissed without prejudice. Specifically, those claims are:

> (viii) fraud, (ix) fraud, (X) wrongful discharge in violation of Labor Law § 740, (XI) intentional infliction of emotional distress, (XII) negligent infliction of emotional distress, (XIII) breach of fiduciary duty, and (XIV) wrongful discharge.

3. The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Joint Stipulation of Dismissal and have the authority to bind their respective clients.

Respectfully submitted,

Attorney for Defendants

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____
Peter T. Shapiro
77 Water Street
Suite 2100
New York, NY 10005
Phone: T: 212.232.1322
Peter.Shapiro@lewisbrisbois.com

Attorneys for Plaintiff

**GARBARINI FITZGERALD P.C.**

_____
Richard M. Garbarini (RG 5496)
150 East 58th Street
27th Floor
New York, NY 10155
Phone: 212.300.5358
rgarbarini@garbarinilaw.com

**SO ORDERED:**   2/23/15

_Paul A. Engelmayer_
**HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**

2